| | |
|---|---|
| 1 | Laurent R.G. Badoux (SBN: 020753) |
| | Glenn B. Hotchkiss (SBN: 012194) |
| 2 | BUCHALTER, A PROFESSIONAL |
| | CORPORATION |
| 3 | 15279 North Scottsdale Road, Suite 400 |
| | Scottsdale, AZ  85254-2659 |
| 4 | Telephone:  (480) 383-1800 |
| | Facsimile:  (480) 824-9400 |
| 5 | Email:   lbadoux@buchalter.com |
| |              ghotchkiss@buchalter.com |
| 6 | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Malaika Washington, individually and on behalf of all other similarly situated individuals, | **Case No. 2:21-cv-01318-MTL** |
| Plaintiff, | **DEFENDANTS' MOTION TO WITHDRAW AND SEAL MOTION TO DISMISS AND COMPEL ARBITRATION OF OPT-IN CLAIMS** |
| v. | |
| Freedom of Expression, LLC d/b/a Bones Cabaret; Wisnowski, Inc., d/b/a Skin Cabaret; Skin Cabaret LLC; Todd Borowsky, Individually, | |
| Defendants. | |

On the afternoon of Thursday, March 2, 2023, at approximately 4:00 p.m., Defendants filed their Motion to Dismiss and Compel Arbitration of Opt-In Claims (the "Motion") (Doc. 112). The Motion includes Exhibits A and B (the "Exhibits"). Counsel inadvertently filed the Motion without redacting from the Exhibits sensitive information, including individuals' Social Security Numbers, home addresses, and driver's license numbers. Accordingly, undersigned counsel hereby moves to withdraw the Motion in its entirety, including the Exhibits. Undersigned counsel also moves to seal the Motion

(including the Exhibits) pending withdrawal of the Motion from the Court's docket. Defendants will refile the Motion with the Exhibits appropriately redacted.

RESPECTFULLY SUBMITTED this 2nd day of March, 2023.

**BUCHALTER, A PROFESSIONAL CORPORATION**

By: */s/ Laurent R.G. Badoux*
Laurent R.G. Badoux
Glenn B. Hotchkiss
15279 North Scottsdale Road, Suite 400
Scottsdale, AZ  85254-2659
*Attorneys for Defendants*

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and mailed a copy of same to the following if non-registrants, this 2nd day of March 2023, to:

David W. Hodges, Esq.
William M. Hogg, Esq.
HODGES & FOTY, LLP
2 Greenway Plaza, Suite 250
Houston, TX  77046
dhodges@hftrialfirm.com
*Attorney for Plaintiff*

By:  */s/ Elizabeth Hernandez*