# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Malaika Washington, et al., | No. CV-21-01318-PHX-MTL |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT** |
| v. | |
| Freedom of Expression LLC, et al., | |
| Defendants. | |

This case involves claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, et seq. and related Arizona wage-and-hour laws brought by Plaintiff Malaika Washington ("Plaintiff") against Defendants Freedom of Expression, LLC, Wisnowski Inc., and Todd Borowsky ("Defendants"). The Parties have reached an agreement to resolve all individual claims Plaintiff might have in this case and seek the Court's approval of the settlement.

Following an examination of the pleadings and terms of the Settlement Agreement that was submitted under seal, the Court finds that a bona fide dispute of both law and fact is involved with respect to Plaintiff Washington's wage claims, including, but not limited to, issues of liability and the amount of unpaid wages due, if any. Having reviewed the terms of the Settlement Agreement agreed upon by the Parties, the Court finds that the settlement terms proposed by the Parties are fair and equitable to all involved and that their agreement is a fair and reasonable compromise of this bona fide dispute with respect to Plaintiff Washington's claims.

   The Court finds that the Parties conducted an in-depth analyses of the potential compensation allegedly owed to Plaintiff, finds the release is narrowly and appropriately tailored, and finds the settlement seeks to provide reasonable value for Plaintiff Washington's alleged unpaid wages given the dispute over the number of hours worked and alleged remuneration owed to Plaintiff Washington and the risks of continued litigation.

   IT IS THEREFORE ORDERED approving the settlement with respect to Plaintiff Washington's individual claims in this litigation.

   IT IS FURTHER ORDERED Plaintiff Washington's individual claims be dismissed with prejudice.

   The Court notes that because there are currently other plaintiffs asserting claims in this case besides Named Plaintiff Washington, the resolution of which has not been determined at the time the Parties requested approval of Plaintiff Washington's individual settlement, the case will not be dismissed in its entirety at this time.

   Dated this 19th day of April, 2023.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge