UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| MALAIKA WASHINGTON, § <br> On Behalf of Herself and On Behalf of § <br> Others Similarly Situated, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> FREEDOM OF EXPRESSION, LLC § <br> d/b/a/ BONES CABARET; WISNOWSKI, § <br> INC., d/b/a SKIN CABARET; SKIN § <br> CABARET LLC; TODD BOROWSKY, § <br> Individually, § <br> § <br> Defendants. | Civil Action No.: 2:21-cv-01318-MTL |

## MOTION TO WITHDRAW SETH J. TOUPS AS COUNSEL

COMES NOW Movant David Hodges, counsel of record, asking to withdraw Seth J. Toups as counsel in this case. This motion is not sought for purposes of delay.

Good cause exists for the withdrawal of Mr. Toups as counsel for Plaintiffs because he has ended his employment at Hodges & Foty, L.L.P.

Remaining as Counsel is David W. Hodges of Hodges & Foty, L.L.P., 2 Greenway Plaza, Suite 250, Houston, Texas 77046.

WHEREFORE, Movant prays that the Court enters an order discharging Mr. Toups as Attorney of Record for the Plaintiffs and for such other and further relief that may be justly entitled.

Respectfully Submitted,

HODGES & FOTY, L.L.P.

/s/ David W. Hodges
David W. Hodges (admitted *pro hac vice*)
dhodges@hftrialfirm.com
Texas Bar No. 00796765
2 Greenway Plaza, Suite 250
Houston, Texas 77046
Telephone: (713) 523-0001
Facsimile: (713) 523-1116

## **CERTIFICATE OF SERVICE**

I certify that on August 20, 2024, a true and correct copy of the foregoing instrument was served via the Court's CM/ECF system. Counsel of record will be served electronically via the Court's CM/EMF system.

/s/ David W. Hodges
David W. Hodges
