**HODGES & FOTY, LLP**
David W. Hodges (*Pro Hac Vice*)
Sarah D. Hufft (*Pro Hac Vice*)
2 Greenway Plaza, Suite 250
Houston, Texas 77046
Tel: (713) 523-0001
Fax: (713) 523-1116
dhodges@hftrialfirm.com

ATTORNEYS FOR PLAINTIFFS

**WILENCHIK & BARTNESS, APLC**
Dennis I. Wilenchik, #005350
Tyler Q. Swensen, #015322
admin@wb-law.com

ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Malaika Washington, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>Freedom of Expression, LLC d/b/a Bones Cabaret, Wisnowski Inc. d/b/a Skin Cabaret, and Todd Borowsky, Individually,<br><br>Defendants. | Case No. 2:21-cv-01318-MTL<br><br>**JOINT STIPULATION AND MOTION TO SUBSTITUTE DENISE BROWN AS NAMED PLAINTIFF**<br><br>Judge: The Honorable Michael T. Liburdi |

**JOINT STIPULATION AND MOTION TO SUBSTITUTE DENISE BROWN AS NAMED PLAINTIFF**

1

The Parties, by and through their respective undersigned counsel, hereby stipulate, agree, and jointly move the Court to Substitute Denise Brown as Named Plaintiff in this matter. As of the date of this filing, Malaika Washington is Named Plaintiff. However, Malaika Washington's individual claim against Defendants previously settled. Therefore, Malaika Washington cannot sign the settlement agreement on behalf of the class that the Parties are currently revising. As a similarly situated individual, Denise Brown submitted her written Notice of Consent to pursue a claim against Defendants on December 6, 2022 (Doc. No. 88). Further, Plaintiffs' counsel has contacted Denise Brown, who agreed to be the new Named Plaintiff in this matter.  Accordingly, the parties stipulate and jointly request that Denise Brown be substituted for Malaika Washington as named Plaintiff.

Date: January 2, 2025

Respectfully submitted,

**HODGES & FOTY, LLP**

*/s/David W. Hodges*
David W. Hodges
Texas Bar No. 00796765
Sarah D. Hufft
Texas Bar No. 24129486
2 Greenway Plaza, Suite 250
Houston, Texas 77046
Tel: (713) 523-0001
Fax: (713) 523-1116
dhodges@hftrialfirm.com

**ATTORNEYS FOR PLAINTIFFS**

*/s/_Tyler Q. Swensen*_____
**WILENCHIK & BARTNESS, APLC**
Dennis I. Wilenchik, #005350
Tyler Q. Swensen, #015322
admin@wb-law.com

**ATTORNEYS FOR DEFENDANTS**

-3-

## CERTIFICATE OF SERVICE

I certify that on December 19, 2024, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/Sarah D. Hufft*
Sarah D. Hufft