**HODGES & FOTY, LLP**
David W. Hodges (*Pro Hac Vice*)
Sarah D. Hufft (*Pro Hac Vice*)
2 Greenway Plaza, Suite 250
Houston, Texas 77046
Tel: (713) 523-0001
Fax: (713) 523-1116
dhodges@hftrialfirm.com

ATTORNEYS FOR PLAINTIFFS

**WILENCHIK & BARTNESS, APLC**
Dennis I. Wilenchik, #005350
Tyler Q. Swensen, #015322
admin@wb-law.com

ATTORNEYS FOR DEFENDANTS

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Denise Brown, Individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br>v.<br><br>Freedom of Expression, LLC d/b/a Bones Cabaret, Wisnowski Inc. d/b/a Skin Cabaret, and Todd Borowsky, Individually,<br><br>  Defendants. | Case No. 2:21-cv-01318-MTL<br><br>**JOINT STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**<br><br>Judge: The Honorable Michael T. Liburdi |

**JOINT STIPULATION AND JOINT MOTION FOR DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**

1

Plaintiff Denise Brown, Individually and on Behalf of All Others Similarly Situated, and Defendants Freedom of Expression, LLC d/b/a Bones Cabaret, Wisnowski Inc. d/b/a Skin Cabaret, and Todd Borowsky, Individually, (collectively, "Defendants") hereby submit this joint stipulation and motion seeking dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Plaintiffs and Defendants hereby stipulate to and move for the dismissal of this action, with prejudice. Plaintiffs and Defendants further stipulate that each party shall bear its own costs and attorneys' fees arising from or incurred in connection with this matter.

**IT IS SO STIPULATED.**

Respectfully submitted,

**HODGES & FOTY, LLP**

*/s/Sarah D, Hufft*
David W. Hodges
Texas Bar No. 00796765
Sarah D. Hufft
Texas Bar No. 24129486
2 Greenway Plaza, Suite 250
Houston, Texas 77046
Tel: (713) 523-0001
Fax: (713) 523-1116
dhodges@hftrialfirm.com

**ATTORNEYS FOR PLAINTIFFS**

**/s/** *Tyler Q. Swensen*
**WILENCHIK & BARTNESS, APLC**
Dennis I. Wilenchik, #005350
Tyler Q. Swensen, #015322
admin@wb-law.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I certify that on January 16, 2025, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/Sarah D. Hufft*
Sarah D. Hufft
